AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| NAACP NEW YORK STATE CONFERENCE, JUSTIN COHEN, CHRISTOPHER OLIVER <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF NEW YORK, ET AL. <br><br> *Defendant(s)* | Civil Action No. 1:26-CV-00754-DEH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel R. Lambright
New York Civil Liberties Union
125 Broad St., 19th Floor
New York, NY 10004
Tel: (212) 607-3300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-00754-DEH

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF NEW YORK
c/o
New York City Law Department
100 Church St, New York, NY 10007

JESSICA S. TISCH
One Police Plaza, New York, NY 10038

MICHAEL LIPETRI
One Police Plaza, New York, NY 10038

NYPD OFFICER ANDREW TRUPIANO (TAX REG. NO. 969403)
24th Pct
151 W 100th St., New York, NY 10025

NYPD OFFICER SETURAH BLEASE (TAX REG. NO. 967777)
84th Detectives' Pct
301 Gold St, Brooklyn, NY 11201

NYPD SERGEANT ALLEN MOORE (TAX REG. NO. 950912)
Internal Affairs Bureau Group 32
315 Hudson St, New York, NY 10013

NYPD SERGEANT MICHAEL LADUCA (TAX REG. NO. 963598)
19th Pct
153 E 67th St, New York, NY 10065

NYPD DETECTIVE MALIK CLAYBROOKS (TAX REG. NO. 965000)
Queens Community Response Team
One Police Plaza, New York, NY 10038

ANTHONY SALINE
Yonkers Police Department
104 South Broadway
Yonkers, NY 10701

NYPD OFFICER BRENDAN LATIMER (TAX REG. NO. 965253)
Bronx Specialized Units – Auto Larceny Unit
One Police Plaza, New York, NY 10038

NYPD OFFICER JOHN BATULE (TAX REG. NO. 963863)
Bronx Specialized Units – Auto Larceny Unit
One Police Plaza, New York, NY 10038

NYPD OFFICER BRYAN SCHEBLEIN (TAX REG. NO. 955457)
Bronx Specialized Units – Auto Larceny Unit
One Police Plaza, New York, NY 10038

NYPD DETECTIVE JORGE PEREZ (TAX REG. NO. 959886)
Strategic Response Group 4
137-58 Northern Blvd, Flushing, NY 11354

NYPD OFFICER CHARNEL TABON (TAX REG. NO. 970249)
48th Pct
450 Cross Bronx Expy, Bronx, NY 10457

NYPD OFFICER GUSTAVO SANTANA (TAX REG. NO. 973758)
48th Pct
450 Cross Bronx Expy, Bronx, NY 10457

ZHONG YING
1600 Grand Ave, Apt R3
North Baldwin, NY, 11410