UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAACP New York State Conference et al.,

                              Plaintiff(s),

        v.

City of New York et al.,

                              Defendant(s).

26-CV-754 (DEH)

ORDER

DALE E. HO, United States District Judge:

On March 18, 2026, the Court held an initial pretrial conference in this matter. Pursuant to that conference, Tobias E. Zimmerman, the attorney who signed the March 12, 2026 letter on behalf of Defendant City of New York, ECF No. 23, shall file a notice of appearance on ECF by **March 18, 2026**. Moving forward, all counsel appearing in this litigation shall file notices of appearance prior to their first appearance. In addition, the parties shall file a proposed protective order with the Court by no later than **April 1, 2026**. Finally, any letter indicating an intent to file a motion for recusal must also be filed on the docket by no later than **April 1, 2026** and shall include a proposed briefing schedule.

SO ORDERED.

Dated: March 18, 2026
        New York, New York

_____
        DALE E. HO
        United States District Judge