**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NAACP NEW YORK STATE CONFERENCE, JUSTIN COHEN, CHRISTOPHER OLIVER,

        Plaintiffs,

    *v.*

CITY OF NEW YORK, *et al.*,

        Defendants.

Case No.: 1:26-cv-00754-DEH

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Camille L. Cummings, of the firm Milbank LLP, hereby appears as counsel for Plaintiffs NAACP New York State Conference, Justin Cohen, and Christopher Oliver, in the above-captioned matter. Camille L. Cummings hereby certifies that she is admitted to practice in this Court and respectfully requests that all notices given or required to be given, and all papers served or required to be served be given or served upon the undersigned.

Dated:  March 24, 2026
        New York, New York

By: */s/ Camille L. Cummings*
Camille L. Cummings
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
Tel: (212) 530-5918
ccummings@milbank.com

*Counsel for Plaintiffs*