UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAACP New York State Conference, et al., | 26-CV-00754 (DEH)(RFT) |
| Plaintiffs, | |
| -against- | **ORDER** |
| City of New York, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A second settlement conference is scheduled for **Friday, June 26, 2026 at 10:00 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

Defendants shall provide Plaintiffs and my chambers with a written response to Plaintiffs' proposal by **June 11, 2026**, and Plaintiffs shall provide Defendants and my chambers with a counter-response by **June 25, 2026**.

DATED:  May 21, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge