UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAACP NEW YORK STATE CONFERENCE, et. al.,<br><br>                    Plaintiffs,<br><br>        -against-<br><br>CITY OF NEW YORK, et. al.,<br><br>                    Defendants. | 26-CV-00754 (DEH)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

At their request, Plaintiffs are excused from attending the settlement conference scheduled for June 26, 2026. A representative from the NAACP NYS with decision-making authority, Mr. Cohen, and Mr. Oliver are directed to be available and easily reachable to join the settlement conference by phone if necessary.

DATED:  June 18, 2026                     SO ORDERED.
        New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**