UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAACP NEW YORK STATE CONFERENCE, et. al.,

Plaintiffs,

-against-

CITY OF NEW YORK, et. al.,

Defendants.

26-CV-00754 (DEH)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendants shall provide Plaintiffs with further comments by **September 18, 2026**. The next telephonic settlement conference will be held on **September 22, 2026 at 10:00 AM**. The parties are directed to join the conference at the scheduled time by dialing **(646) 453-4442**. The Courtroom Deputy separately will send additional details for accessing the conference to counsel. At his request and with the consent of the other parties, Individual Plaintiff is excused from attending future settlement conferences.

DATED: September 8, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**