**STEVEN BANKS**
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**TOBIAS E. ZIMMERMAN**
phone: (212) 356-2423
fax: (212) 356-3509
tzimmerm@law.nyc.gov

September 16, 2026

**VIA ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

Re: *NAACP New York State Conf., et al. v. City of New York, et al.*, No. 26 Civ. 754 (DEH)(RFT).

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and one of the attorneys assigned to the defense of the above-captioned matter. The City writes to request an extension of the September 18, 2026, deadline for their further comments to Plaintiffs regarding the on-going settlement negotiations, and to adjourn the corresponding telephone conference scheduled for Tuesday September 22, 2026. Plaintiffs' counsel, Daniel Lambright, Esq., consents to this request.

Pursuant to the course of negotiations the parties have engaged in under the Court's supervision, the City's response to Plaintiffs' most recent settlement proposals is currently due by Friday September 18, 2026, with a follow-up telephone conference scheduled for 10:00 a.m. the following Tuesday. *See* Order dated September 8, 2026 (Dkt. No. 52). Plaintiffs served their latest proposals on September 2, 2026, and the City has been examining them and formulating its responses since that date. The latest proposals from Plaintiffs contain substantially new and previously undiscussed language concerning vehicle seizures and has therefore required detailed analysis and significant internal discussion.

Since the previous telephone conference on September 8th, the defense counsel has expended a considerable amount of time responding to Plaintiffs' discovery demands. Further, due to the Jewish holidays and numerous other pressing matters demanding the attention of senior executives at NYPD, the City is simply not in a position to make a meaningful response on to Plaintiffs' latest settlement proposals by this Friday, September 18th. Thus, without in any way seeking to delay or otherwise lose the momentum that the parties have achieved with the Court's assistance, the City must reluctantly request a two-week extension of time—to and including

Friday October 2, 2026—to provide its comments on the most recent proposals. A corresponding adjournment of the telephone settlement conference, from Tuesday September 16 to Tuesday October 6, 2026, at 10:00 a.m. is also requested.

The City thanks the Court for its attention to this matter.

Respectfully submitted,

*Senior Counsel*
Special Federal Litigation Division

cc: All Counsel of Record **(VIA ECF)**

Application GRANTED. The City's deadline to provide comments to Plaintiffs' most recent proposals is extended until **October 2, 2026**. The telephonic settlement conference scheduled for September 22, 2026 is adjourned to **October 6, 2026 at 10:00 AM Eastern.** The details for accessing the conference are the same as those previously sent by the Courtroom Deputy for the conference that was scheduled for September 22.

The Clerk of Court is respectfully requested to terminate ECF 54.

Dated: September 16, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE